UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Lee Tucker,

          Plaintiff,        Case No. 23-cv-13120

v.                                Judith E. Levy
                                United States District Judge

Nicole Michelle Quinones, *et al.*,

                                Mag. Judge Curtis Ivy, Jr.

         Defendants.

_____/

**ORDER DIRECTING PLAINTIFF TO SUBMIT (1) A REVISED
APPLICATION TO PROCEED WITHOUT
PREPAYING FEES AND COSTS AND (2) A WRITTEN NOTICE
<u>THAT CONTAINS HIS CURRENT ADDRESS</u>**

    Plaintiff Christopher Lee Tucker submitted a *pro se* complaint that appears to have been signed on December 5, 2023. (ECF No. 1.) Plaintiff also submitted an application to proceed *in forma pauperis*, which is a request to proceed without prepaying the fees and costs for this litigation. (ECF No. 2). The application is dated December 5, 2023. (*Id.* at PageID.544.)

    Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who

submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). Inadequate completion of an application to proceed *in forma pauperis* is grounds for denial of that application in the Eastern District of Michigan. *See Shaw v. Oakland Cnty. Friend of the Ct.*, No. 20-12492, 2020 WL 7024912, at *3 (E.D. Mich. Nov. 30, 2020).

Here, Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff does not specify a pay period for his gross pay or wages of $139,500.00 and his take-home pay or wages of $139,500.00. (ECF No. 2, PageID.543.) In addition, Plaintiff does not indicate whether he receives other sources of income. (*Id.*) Plaintiff also does not identify property or objects of value that he owns and whether he has any dependents. (*Id.* at PageID.544.) Without this information, the Court cannot determine whether Plaintiff is unable to pay the applicable fees.

Moreover, the Court notes that documents mailed to Plaintiff have been returned to the Court as undeliverable. (*See* ECF Nos. 5, 6.) These documents were mailed to the address identified by Plaintiff in the complaint: 601 East Maumee Street, Apt. 8, Adrian, MI 49221. (ECF No. 1, PageID.2; ECF No. 5, PageID.551; ECF No. 6, PageID.552.) But

2

attached to Plaintiff's *in forma pauperis* application is a Benefit Verification Letter from the Social Security Administration that is directed to Plaintiff at a slightly different address: 160 East Maumee, Apt. 8, Adrian, MI 49221-2743. (ECF No. 2, PageID.545.) The Court will therefore send a copy of this order to both addresses identified above. Yet Plaintiff is not relieved of his obligation under Eastern District of Michigan Local Rule 11.2 to provide the Court with his current address and to notify the Court of any changes in his contact information.[1]

Accordingly, by **Monday, January 29, 2024**, Plaintiff must do the following:

(1) Plaintiff must submit to the Court a completed Application to Proceed in District Court Without Prepaying Fees or Costs. In his

---

[1] Eastern District of Michigan Local Rule 11.2 states:

Every attorney and every party not represented by an attorney must include his or her contact information consisting of his or her address, e-mail address, and telephone number on the first paper that person files in a case. If there is a change in the contact information, that person promptly must file and serve a notice with the new contact information. **The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs.**

E.D. Mich. LR 11.2 (emphasis added).

submission, Plaintiff must answer each question that appears in the application.

(2) Plaintiff must also submit to the Court a written notice that contains his current address.

**If Plaintiff fails to comply with this order, the case may be dismissed for failure to abide by Eastern District of Michigan Local Rule 11.2 and/or for failure to prosecute under Eastern District of Michigan Local Rule 41.2.**

IT IS SO ORDERED.

Dated: January 9, 2024  s/Judith E. Levy
    Ann Arbor, Michigan  JUDITH E. LEVY
                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 9, 2024.

                                    s/William Barkholz
                                    WILLIAM BARKHOLZ
                                    Case Manager